UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KIRK ROBERTS, FARAJI ARTURO COUNCIL, TERRENCE COLVIN-WILLIAMS, REGINALD BRADLEY, DAVID COLEMAN, and CARL McROBERTS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAM TRUCKING, INC., OLATHE NOBLE EQUIPMENT LEASING, INC., and JACOBSON HOLDINGS, INC.,<br><br>Defendants. | Civil Action No.<br>2:21-cv-02073-JWB-GEB |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Kirk Roberts, *et al.*, on behalf of themselves and all others similarly situated, hereby move this Court for an order:

1. Granting preliminary approval of the Parties' Stipulation of Settlement Agreement and Release ("Settlement Agreement"), a true and correct copy of which is attached to this Motion as Exhibit A;

2. Granting conditional certification of the following Settlement Classes/Collectives:

   a. **The FLSA orientation collective**: All individuals who attended company driver orientation in Rockwall, Texas or in Tampa, Florida between October 2020 and March 2021; and

1

  b. **The FLSA lease driver collective**:  All individuals who have personally driven for TransAm subject to an independent contractor agreement with TransAm that they themselves signed while leasing a truck from ONE Leasing since September 29, 2020; and

  c. **The Rule 23 Truth-in-Leasing class**:  All individuals who have been subject to an independent contractor agreement with TransAm and/or a lease agreement with ONE Leasing since February 2017 and have: (i) had fuel surcharge deductions taken from their compensation; and/or (ii) have had physical damage insurance deductions taken from their compensation in excess of the amounts listed in their contracts; and/or (iii) have had other charges or deductions made from their compensation in excess of the amounts listed in their contracts as alleged in the Lawsuit.

3. Preliminarily approving Atticus Administration, LLC as Settlement Administrator and preliminarily approving the costs of the claims administration;

4. Preliminarily approving Class Counsel's request for attorneys' fees and costs and the named plaintiffs' and early opt-in plaintiffs' requests for service awards;

5. Approving the Notices of Settlement to be sent to members of the Settlement Classes/Collectives, true and correct copies of which are attached to the Settlement Agreement as Exhibits 1 through 4;

6. Approving the distribution formula and claim procedure set forth in the Settlement Agreement, the Notices, and in Plaintiffs' Memorandum in support of this Motion;

7. Authorizing the Settlement Administrator to mail the approved Notice of Settlement;

8. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Settlement Agreement; and

9. Scheduling a Final Fairness Hearing to take place approximately 120 days after entry of the Preliminary Settlement Approval Order.

Plaintiffs bring this Motion pursuant to Federal Rules of Civil Procedure 23(e) and long-established precedent requiring Court approval for class action settlements. This Motion is based on the accompanying Memorandum of Law, the Declaration of Hillary Schwab in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement, the attached Exhibits, and all other records, pleadings, and papers on file in this action. Defendants do not oppose this Motion.

Plaintiffs respectfully request that the Court grant this Motion and enter the Preliminary Approval Order attached as Exhibit B.

Respectfully submitted,
KIRK ROBERTS, FARAJI ARTURO COUNCIL,
TERRENCE COLVIN-WILLIAMS,
REGINALD BRADLEY, DAVID COLEMAN, and
CARL McROBERTS JR., on behalf of themselves
and all others similarly situated,

By their attorneys,

 /s/ Brendan J. Donelon
Brendan J. Donelon, KS #17420
Daniel W. Craig, KS #78146
DONELON, P.C.
4600 Madison, Ste. 810
Kansas City, Missouri 64112
816-221-7100
Fax: 816-709-1044
brendan@donelonpc.com
dan@donelonpc.com

Hillary Schwab, BBO #666029*
Brant Casavant, BBO #672614*
Rachel Smit, BBO #688294*
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel: 617-607-3260
Fax: 617-488-2261
hillary@fairworklaw.com
brant@fairworklaw.com
rachel@fairworklaw.com

*<em>Admitted pro hac vice</em>

**Dated:**  April 11, 2024

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I caused a true copy of this document to be served by ECF on all registered participants in this matter.

                                      */s/ Brendan Donelon*
                                      Brendan Donelon