UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KIRK ROBERTS, FARAJI ARTURO COUNCIL, TERRENCE COLVIN-WILLIAMS, REGINALD BRADLEY, DAVID COLEMAN, and CARL McROBERTS, JR., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>        v.<br><br>TRANSAM TRUCKING, INC., OLATHE NOBLE EQUIPMENT LEASING, INC., and JACOBSON HOLDINGS, INC.,<br><br>                        Defendants. | Civil Action No.<br>2:21-cv-02073-JWB-GEB |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL CLASS AND
COLLECTIVE ACTION SETTLEMENT APPROVAL**

Pursuant to Fed. R. Civ. P. 23(e), and for the reasons provided in the Memorandum accompanying this Motion, Plaintiffs respectfully move for order granting final approval of the proposed class and collective action settlement, which this Court preliminarily approved on May 23, 2024. *See* docket entry 223. As the basis for this request, Plaintiffs state that the parties' settlement satisfies all the requirements established by Rule 23 and the Tenth Circuit: it represents a fair, reasonable, and adequate compromise of genuinely contested claims that, if approved, will bring an end to this hard-fought litigation and provide meaningful monetary relief to thousands of individual truck drivers working throughout the United States. Accordingly, Plaintiffs respectfully request that the Court grant this Motion, approve the settlement as fair, reasonable, and adequate, and dismiss this action with prejudice. A proposed order will be sent to Chambers.

Respectfully submitted,
KIRK ROBERTS, FARAJI ARTURO COUNCIL,
TERRENCE COLVIN-WILLIAMS,
REGINALD BRADLEY, DAVID COLEMAN, and
CARL McROBERTS JR., on behalf of themselves
and all others similarly situated,

By their attorneys,


 /s/ Daniel W. Craig
Brendan J. Donelon, KS #17420
Daniel W. Craig, KS #78146
DONELON, P.C.
4600 Madison, Ste. 810
Kansas City, Missouri 64112
816-221-7100
Fax: 816-709-1044
brendan@donelonpc.com
dan@donelonpc.com

Hillary Schwab, BBO #666029*
Brant Casavant, BBO #672614*
Rachel Smit, BBO #688294*
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel: 617-607-3260
Fax: 617-488-2261
hillary@fairworklaw.com
brant@fairworklaw.com
rachel@fairworklaw.com

**Admitted pro hac vice*

Dated: October 1, 2024.

## CERTIFICATE OF SERVICE

I certify that on October 1, 2024, I caused a true copy of this document to be served by ECF on all registered participants in this matter.

                                          */s/ Daniel W. Craig*
                                          Daniel W. Craig